```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38907
    RICHARD M DORSETT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-9400


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/19/2004 and was confirmed 01/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  41.32% from remaining funds.

     The case was paid in full 11/19/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG        .00            .00            .00
FIRST NATIONAL BANK        UNSECURED        13500.19           .00         5578.28
HOMECOMINGS FINANCIAL      MORTGAGE ARRE     350.00            .00          350.00
EMC MORTGAGE               CURRENT MORTG        .00            .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         9993.08           .00         4129.14
CREDIT CARD SERVICES       UNSECURED        10222.80           .00         4224.06
LVNV FUNDING LLC           UNSECURED OTH    9538.52            .00         3941.70
DAIMLER CHRYSLER FINANCI   NOTICE ONLY     NOT FILED           .00            .00
DAIMLER CHRYSLER FINANCI   SECURED          8847.06         117.43         8847.06
US BANK/RETAIL PAYMENT     CURRENT MORTG        .00            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        11608.16           .00         4796.49
ECAST SETTLEMENT CORP      UNSECURED        11289.95           .00         4665.01
SHERMAN ACQUISITION        UNSECURED        16020.61           .00         6619.72
RESURGENT CAPITAL SERVIC   UNSECURED        11110.50           .00         4590.86
GREENBERG & ASSOC          DEBTOR ATTY      2,000.00                       2,000.00
TOM VAUGHN                 TRUSTEE                                         2,880.25
DEBTOR REFUND              REFUND                                            734.50

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              53,474.50

PRIORITY                                         .00
SECURED                                     9,197.06
    INTEREST                                  117.43
UNSECURED                                  38,545.26
ADMINISTRATIVE                              2,000.00
TRUSTEE COMPENSATION                        2,880.25
DEBTOR REFUND                                 734.50
                    ---------------     ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 38907 RICHARD M DORSETT
```

```
TOTALS                                    53,474.50              53,474.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```